356 P.2d 123

Warren E. BURTON, Petitioner,

v.

Hilton A. DICKSON, Jr., Attorney General of New Mexico, Respondent.

No. 6842.

Supreme Court of New Mexico.

Sept. 12, 1960.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that said petition for writ of mandamus be and the same is hereby denied.